TOBIN KESSLER GREENSTEIN
 CARUSO WIENER & KONRAY, P.C.
ROY J. KONRAY, ESQ.
Attorney ID No. 018831975
rjk@teamlaw.com
136 Central Avenue, 3rd Floor
Clark, New Jersey 07066
(732) 388-5454
**Attorneys for Plaintiff -**
*Chris Hansen, Administrator Ad Prosequendum*
*Of the Estate of Sherri L. Hansen*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRIS HANSEN, Administrator Ad Prosequendum of the Estate of SHERRI L. HANSEN, <br><br> Plaintiff, <br> v. <br><br> DAVID F. SILVER, M.D. and John Doe 1-10, (fictitious names for individuals or companies whose identities are unknown), <br><br> Defendants. | Civil Action No.: 2:15-CV-00157-WJM-MF <br><br> ECF Case |

## STIPULATION OF DIMISSAL

The plaintiffs having decided to pursue their claims in a different forum, the complaint in the above-entitled action is voluntarily dismissed without prejudice and without costs.

TOBIN KESSLER GREENSTEIN
 CARUSO WIENER & KONRAY, P.C.

BY: _____
 ROY J. KONRAY, ESQ.
 Attorney for Plaintiff

Dated: February 11, 2015